

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00098-CV

| | | |
|---|---|---|
| St. John Backhoe Service | § | From the 97th District Court |
| | § | of Clay County (2013-0118C-CV) |
| v. | | |
| | § | August 4, 2016 |
| Donald Vieth and Ken Alan Scott | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders granting summary judgment in favor of Appellees Donald Vieth and Ken Alan Scott. It is ordered that the trial court's orders are reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Donald Vieth and Ken Alan Scott shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner